UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106

By: Eric J. Clayman, Esquire

**Order Filed on February 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Stanley Gebeline

debtor(s)

Case Number: _____19-11497_____

Hearing Date: _____

Judge: _____ABA_____

Chapter: _____13_____

Recommended Local Form:     ☒  Followed      ☐  Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 15, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒   Granted.  The deadline to file schedules is extended to ___February 21, 2019___.

☐   Denied.

*rev.8/1/15*