**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106

By: Eric J. Clayman, Esquire

Order Filed on February 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Stanley Gebeline

debtor(s)

Case Number: 19-11497

Hearing Date: _____

Judge: ABA

Chapter: 13

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 15, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 19-11497-ABA  Doc 14  Filed 02/07/19  Entered 02/08/19 00:19:07  Desc Imaged
	Certificate of Notice   Page 2 of 3

Case 19-11497-ABA  Doc 12  Filed 02/07/19  Entered 02/07/19 02:39:47  Desc Proposed
	order to extend time to file missing schedules   Page 2 of 2

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒  Granted.  The deadline to file schedules is extended to February 21, 2019.

☐  Denied.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Stanley Gebeline, III  
    Debtor

Case No. 19-11497-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Feb 15, 2019  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2019.  
db            +Stanley Gebeline, III,    139 N. Roosevelt Boulevard,    Brigantine, NJ 08203-2811

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2019 at the address(es) listed below:  
           Eric Clayman    on behalf of Debtor Stanley Gebeline, III jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
           Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Rebecca Ann Solarz    on behalf of Creditor    QUICKEN LOANS INC. rsolarz@kmllawgroup.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                   TOTAL: 4