Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

           Case No.:  19−11497−ABA
           Chapter:  13
           Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Stanley Gebeline III
 139 N. Roosevelt Boulevard
 Brigantine, NJ 08203

Social Security No.:
 xxx−xx−8754

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:      4/10/19
Time:      10:00 AM
Location:     Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

  An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

  **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 22, 2019
JAN: bed

                 Jeanne Naughton
                 Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Stanley Gebeline, III  
    Debtor

Case No. 19-11497-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                    Page 1 of 2                   Date Rcvd: Feb 22, 2019
                                    Form ID: 132                 Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2019.
```
db            +Stanley Gebeline, III,    139 N. Roosevelt Boulevard,    Brigantine, NJ 08203-2811
517986037     +Barclay's Bank Delaware,    PO BOX 8803,    Wilmington, DE 19899-8803
517986040     +City of Brigantine,    Tax Collector,    1417 West Brigantine Avenue,    Brigantine, NJ 08203-2147
517986042      First Savings Credit Card,    PO Box 2509,    Omaha, NE 68103-2509
517986046      Macys/DSNB,    PO Box 8218,    Mason, OH 45040-8218
517986050    ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court: Nissan-Infiniti LT,    8900 Freeport Pkwy,    Irving, TX 75063)
518019399      Nissan Motor Acceptance,    POB 660366,    Dallas, TX  75266-0366
517986049      Nissan Motor Acceptance Corp,    PO Box 660360,    Dallas, TX 75266-0360
517998622     +Quicken Loans Inc.,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
               Westmont, NJ 08108-2812
517986052     +Quicken Loans Inc.,    c/o KML Law Group, P.C.,    216 Haddon Avenue Suite 406,
               Westmont, NJ 08108-2812
517986057     +TBOM - Milestone,    216 W 2nd Street,    Dixon, MO 65459-8048
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 23 2019 00:14:00     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 23 2019 00:13:56     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517986038      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 23 2019 00:18:05
               Capital One BAnk USA NA,    PO Box 71083,    Charlotte, NC 28272-1083
517986039     +E-mail/Text: bankruptcy@cavps.com Feb 23 2019 00:14:26     Cavalry Portfolio Service,
               500 Summit Lake Drive,    Valhalla, NY 10595-2322
517986041     +E-mail/Text: bankruptcynotices@dcicollect.com Feb 23 2019 00:14:51     Diversified Consultants,
               PO BOX 551268,    Jacksonville, FL 32255-1268
517986043      E-mail/Text: bankruptcy@sccompanies.com Feb 23 2019 00:15:37     Ginny's Inc - CPU,
               1112 7th Avenue,    Monroe, WI 53566-1364
517986044     +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Feb 23 2019 00:15:39
               JH Portfolio Debt Equities LLC,    5757 Phaton Drive, Suite 225,    JH Capital Group,
               Hazelwood, MO 63042-2429
517986045     +E-mail/Text: BKRMailOPS@weltman.com Feb 23 2019 00:13:23     Kay Jewelers,    375 Ghent Road,
               Fairlawn, OH 44333-4600
517986047      E-mail/Text: bkr@cardworks.com Feb 23 2019 00:12:24     Merrick Bank,    PO Box 5721,
               Hicksville, NY 11802-5721
517986048     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 23 2019 00:13:55     Midland Funding LLC,
               2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
517986051     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 23 2019 00:18:08
               Portfolio Recovery Associates/HSBC/CapOn,    c/o Thomas M. Murtha,
               120 Corporate Boulevard East,    Norfolk, VA 23502-4952
517986053     +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2019 00:18:46     SYNCB/Amazon,    PO Box 956015,
               Orlando, FL 32896-0001
517986054      E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2019 00:19:35     SYNCB/Care Credit,
               PO Box 965036,    Orlando, FL 32896-5036
517986055     +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2019 00:18:38     SYNCB/Lowes,    PO BOX 965005,
               Orlando, FL 32896-5005
517986056      E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2019 00:18:39     SYNCB/Sam's Club,    PO Box 965036,
               Orlando, FL 32896-5036
517988198     +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2019 00:17:52     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 16
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2                Date Rcvd: Feb 22, 2019
                              Form ID: 132             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2019 at the address(es) listed below:
              Eric   Clayman    on behalf of Debtor Stanley   Gebeline, III jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   QUICKEN LOANS INC. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```