UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
49962
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Nissan Motor Acceptance Corporation, servicer for Nissan-Infiniti Lt
JM-5630

In Re:
STANLEY GEBELINE, III

Order Filed on November 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-11497 (ABA)

Adv. No.:

Hearing Date: 11-5-2019

Judge: Hon. Andrew B. Altenburg Jr.

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: November 5, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:   Stanley Gebeline, III / 49962
Case No:   19-11497 (ABA)
Order Vacating Automatic Stay and Co-Debtor Stay

Upon consideration of the motion of **Nissan Motor Acceptance Corporation, servicer for Nissan-Infiniti Lt** for an order for relief from the automatic stay and co-debtor stay, and good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**ORDERED** that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, **Casey B. Gebeline** to permit **Nissan Motor Acceptance Corporation, servicer for Nissan-Infiniti Lt** to pursue its rights in the personal property described below and as to the co-debtor.

The movant shall serve this order on the debtor, co-debtor, any trustee and any other party who entered an appearance on the motion.

Description of Subject Personal Property
2017 Nissan Pathfinder
Vehicle Identification Number
5N1DR2MM4HC632974