UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**JENKINS & CLAYMAN**
Eric J Clayman
Attorneys at Law
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

By:

In Re:

Stanley Gebeline, III

Debtors

**Order Filed on January 31, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.:    19-11497

Adv. No.:

Hearing Date:

Judge:    Honorable Andrew B. Altenburg, Jr.

## ORDER TERMINATING WAGE ORDER

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: January 31, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)

Debtor:              Stanley Gebeline, III
Case No:             19-11497/ABA
Caption of Order:    Order Terminating Wage Order

Upon consideration of debtors' application to terminate wage order, and good cause appearing therefore, it is hereby:

**ORDERED** that:

1. The Wage Order docket entry #21 currently in place for the debtor's Trustee payment is hereby terminated.

2. Effective immediately, debtor's employer, City of Brigantine, shall no longer make disbursements to the Chapter 13 Trustee.