Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–11497–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stanley Gebeline III
   139 N. Roosevelt Boulevard
   Brigantine, NJ 08203

Social Security No.:
   xxx–xx–8754

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/12/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 12, 2020
JAN: bc

                    Jeanne Naughton
                    Clerk

```
                           United States Bankruptcy Court
                                 District of New Jersey
In re:                                                                Case No. 19-11497-ABA
Stanley Gebeline, III                                                 Chapter 13
       Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0312-1            User: admin                Page 1 of 2              Date Rcvd: Mar 12, 2020
                                Form ID: 148               Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2020.
db             #+Stanley Gebeline, III,   139 N. Roosevelt Boulevard,   Brigantine, NJ 08203-2811
cr              +Nissan Motor Acceptance Corporation, Servicer for,    P.O. Box 660366,   Dallas, TX 75266-0366,
                  UNITED STATES 75266-0366
517986040       +City of Brigantine,   Tax Collector,   1417 West Brigantine Avenue,   Brigantine, NJ 08203-2147
517986042        First Savings Credit Card,    PO Box 2509,   Omaha, NE 68103-2509
517986050       ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,   PO BOX 660366,   DALLAS TX 75266-0366
                (address filed with court: Nissan-Infiniti LT,    8900 Freeport Pkwy,   Irving, TX 75063)
518019399        Nissan Motor Acceptance,   POB 660366,   Dallas, TX 75266-0366
517986049        Nissan Motor Acceptance Corp,   PO Box 660360,   Dallas, TX 75266-0360
517998622       +Quicken Loans Inc.,   Rebecca A. Solarz, Esquire,   216 Haddon Avenue, Ste. 406,
                  Westmont, NJ 08108-2812
517986052       +Quicken Loans Inc.,   c/o KML Law Group, P.C.,   216 Haddon Avenue Suite 406,
                  Westmont, NJ 08108-2812
517986057       +TBOM - Milestone,   216 W 2nd Street,   Dixon, MO 65459-8048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 13 2020 01:00:20     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 13 2020 01:00:16     United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517986037       +EDI: TSYS2.COM Mar 13 2020 04:18:00     Barclay's Bank Delaware,   PO BOX 8803,
                  Wilmington, DE 19899-8803
517986038        EDI: CAPITALONE.COM Mar 13 2020 04:18:00     Capital One BAnk USA NA,   PO Box 71083,
                  Charlotte, NC 28272-1083
518063381       +EDI: AIS.COM Mar 13 2020 04:18:00     Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,
                  Oklahoma City, OK 73118-7901
517986039       +E-mail/Text: bankruptcy@cavps.com Mar 13 2020 01:00:39     Cavalry Portfolio Service,
                  500 Summit Lake Drive,   Valhalla, NY 10595-2322
518161625        EDI: Q3G.COM Mar 13 2020 04:18:00     Department Stores National Bank,   c/o Quantum3 Group LLC,
                  PO Box 657,   Kirkland, WA 98083-0657
517986041       +EDI: DCI.COM Mar 13 2020 04:18:00     Diversified Consultants,   PO BOX 551268,
                  Jacksonville, FL 32255-1268
518043182       +EDI: CBS7AVE Mar 13 2020 04:18:00     Ginny's,   c/o Creditors Bankruptcy Service,
                  P.O. Box 800849,   Dallas, TX 75380-0849
517986043        EDI: CBS7AVE Mar 13 2020 04:18:00     Ginny's Inc - CPU,   1112 7th Avenue,
                  Monroe, WI 53566-1364
517986044       +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Mar 13 2020 01:01:42
                  JH Portfolio Debt Equities LLC,   5757 Phaton Drive, Suite 225,   JH Capital Group,
                  Hazelwood, MO 63042-2429
517986045       +E-mail/Text: BKRMailOPS@weltman.com Mar 13 2020 00:59:47     Kay Jewelers,   375 Ghent Road,
                  Fairlawn, OH 44333-4600
518066796        E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 13 2020 01:03:13     MERRICK BANK,
                  Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
517986046        EDI: TSYS2.COM Mar 13 2020 04:18:00     Macys/DSNB,   PO Box 8218,   Mason, OH 45040-8218
517986047        E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 13 2020 01:03:36     Merrick Bank,
                  PO Box 5721,   Hicksville, NY 11802-5721
517986048       +EDI: MID8.COM Mar 13 2020 04:18:00     Midland Funding LLC,   2365 Northside Drive,   Suite 300,
                  San Diego, CA 92108-2709
518077291        EDI: PRA.COM Mar 13 2020 04:18:00     Portfolio Recovery Associates, LLC,
                  C/O capital One Bank (usa), N.a.,   POB 41067,   Norfolk VA 23541
518143700        EDI: PRA.COM Mar 13 2020 04:18:00     Portfolio Recovery Associates, LLC,   POB 41067,
                  Norfolk VA 23541
518159077        EDI: PRA.COM Mar 13 2020 04:18:00     Portfolio Recovery Associates, LLC,   c/o Amazon.com,
                  POB 41067,   Norfolk VA 23541
518077259        EDI: PRA.COM Mar 13 2020 04:18:00     Portfolio Recovery Associates, LLC,   c/o Carnival,
                  POB 41067,   Norfolk VA 23541
518077209        EDI: PRA.COM Mar 13 2020 04:18:00     Portfolio Recovery Associates, LLC,   c/o Gamestop,
                  POB 41067,   Norfolk VA 23541
517986051       +EDI: PRA.COM Mar 13 2020 04:18:00     Portfolio Recovery Associates/HSBC/CapOn,
                  c/o Thomas M. Murtha,   120 Corporate Boulevard East,   Norfolk, VA 23502-4952
518062882        EDI: Q3G.COM Mar 13 2020 04:18:00     Quantum3 Group LLC as agent for,
                  Galaxy International Purchasing LLC,   PO Box 788,   Kirkland, WA 98083-0788
518046191        EDI: Q3G.COM Mar 13 2020 04:18:00     Quantum3 Group LLC as agent for,
                  JH Portfolio Debt Equities LLC,   PO Box 788,   Kirkland, WA 98083-0788
518056825       +E-mail/Text: bankruptcyteam@quickenloans.com Mar 13 2020 01:00:45     Quicken Loans Inc.,
                  635 Woodward Ave.,   Detroit, MI 48226-3408
517986053       +EDI: RMSC.COM Mar 13 2020 04:18:00     SYNCB/Amazon,   PO Box 956015,   Orlando, FL 32896-0001
517986054        EDI: RMSC.COM Mar 13 2020 04:18:00     SYNCB/Care Credit,   PO Box 965036,
                  Orlando, FL 32896-5036
517986055       +EDI: RMSC.COM Mar 13 2020 04:18:00     SYNCB/Lowes,   PO BOX 965005,   Orlando, FL 32896-5005
517986056        EDI: RMSC.COM Mar 13 2020 04:18:00     SYNCB/Sam's Club,   PO Box 965036,
                  Orlando, FL 32896-5036
```

```
District/off: 0312-1          User: admin               Page 2 of 2              Date Rcvd: Mar 12, 2020
                              Form ID: 148              Total Noticed: 41

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518154454      +E-mail/Text: bncmail@w-legal.com Mar 13 2020 01:00:34     SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517988198      +EDI: RMSC.COM Mar 13 2020 04:18:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 31

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518077295*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,
                 C/O capital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541)
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric  Clayman    on behalf of Debtor Stanley  Gebeline, III jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for
               Nissan-Infiniti LT ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    QUICKEN LOANS INC. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```